**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| BORIS LYSYKANYCZ AND MICHELLE LYSYKANYCZ, HW, | : No. 709 MAL 2018 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| WADE D. REIDENHOUR, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.